IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD L. GATES, JR.,

        Plaintiff,        CIV. S-05-1374-DFL-JFM-PS

    v.

COUNTY OF LAKE, et al.,        ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On December 12, 2005, Judge Nowinski recommended that plaintiff's action be dismissed. No objections to the findings and recommendation have been filed.[1]

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

---

[1] On March 9, 2006, this matter was temporarily reassigned to United States Magistrate Judge John F. Moulds.

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed December 12, 2005, are adopted in full; and

    2.  This action is dismissed for failure to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2)(B)(ii); Fed. R. Civ. P. 12 (b)(1).

DATED: 3/16/2006

_____
DAVID F. LEVI
United States District Judge

2